JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADMINISTRATIVE COMMITTEE OF THE ZEBRA TECHNOLOGIES CORPORATION; ZEBRA TECHNOLOGIES CORPORATION BENEFLEX PLAN,<br><br>Defendants. | Case No.  CV13-00541 RSWL (MRWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br>**[4]** |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed, with prejudice, as to defendants Administrative Committee of the Zebra Technologies Corporation, and Zebra Technologies Corporation Beneflex Plan.

///

///

-1-
ORDER DISMISSING ACTION WITH PREJUDICE

1  The Court shall retain jurisdiction over this action for all matters relating to
2 the parties' performance under and enforcement of the confidential March 1, 2013,
3 settlement agreement between them.
4  Each party shall bear its own fees and costs.

5
6
7 DATED: 3-15-13
RONALD S.W. LEW
_____
8 HONORABLE  RONALD S. W. LEW
SENIOR, U.S.  DISTRICT  COURT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
ORDER DISMISSING ACTION WITH PREJUDICE